JS - 6

FILED
CLERK, U.S. DISTRICT COURT

February 2, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CRAIG MILLER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JEFFREY BEARD, Warden,<br><br>　　　　Respondent. | Case No. EDCV 16-00105-RSWL (KES)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 1/28/2016　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE